# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

FRANK DWIGHT CARTER )
MISSOURI DOC No# 32421 )
)
)
_____ )
(Enter above the full name of )
the Plaintiff[s] in this )
action. Include register or )
identification number[s].) )
)
- vs - )
) Case No. _____
STATE OF MISSOURI DEPT. )
OF CORRECTIONS BOARD OF )
PARDONS AND PROBATIONS )
STATE OF TEXAS BOARD OF PARDONS )
AND PAROLES. )
(Enter above the full name of )
ALL Defendant[s] in this )
action. Fed. R. Civ. P. 10(a) )
requires that the caption of )
the complaint include the )
names of all the parties. )
Merely listing one party and )
"et al." is insufficient. )
Please attach additional sheets)
if necessary.) )

### COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

I. **PLACE OF PRESENT CONFINEMENT OF PLAINTIFF(S):**

   Interstate Compact from TEXAS TO MISSOURI

II. **PREVIOUS CIVIL ACTIONS:**

   A. Have you begun other civil actions in state or federal court dealing with the same facts involved in this action, or otherwise relating to your confinement?

      YES [ ]                    NO [X]

B. If your answer to "A" is YES, describe the action in the space below. (If there is more than one civil action, you must describe the additional lawsuit[s] on another piece of paper, using the same format as is outlined below.) Your failure to comply with this provision will **result** in summary denial of your complaint.

1. Parties to previous civil action(s):

   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

2. Court wherein filed:

   _____

3. Docket number or Case number:

   _____

4. Name of Judge to whom case was assigned:

   _____

5. Basic claim made:

   _____

   _____

6. Present disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   _____

7. Date filed: _____  8. Date of disposition: _____

III. **GRIEVANCE PROCEDURES:**

A. Is there a prisoner grievance procedure at the institution wherein you are incarcerated?

   **YES** [X]          **NO** [ ]

2

B. Have you presented through this grievance system the facts which are at issue in this complaint?

YES [X]   NO [ ]   Mo, PAROLE And TEXAS PAROLE BoARDs,

C. If your answer to "B" is YES, indicate:

1. What steps did you take?

I did protest And voice complaint with the Missouri PARolE Board And TEXAS PARolE BoARds.

D. If your answer to "B" is NO, explain why you have not used the institutional grievance system:

_____

_____

E. If there is no prisoner grievance procedure at the institution wherein you are incarcerated, have you complained to prison authorities?

YES [X]   NO [ ]

F. If your answer to "E" is YES, indicate:

1. What steps did you take?

I TAlKEd to My Missouri P.O. About my ComplAint And forward A LETTER To TEXAS PARolE Board and

2. What was the result?

No Response.

_____

_____

_____

IV. **PARTIES TO THIS CIVIL ACTION:**

In item A, below place your name in the first blank, place your present address in the second blank and place your identification number or register number in the third blank. Do the same for any additional plaintiff(s) under Item C, below:

A. Name of Plaintiff: FRANK Dwight CARTER

Plaintiff's address: 1828 MORA LANE, JENNINGS, MO. 63136

Identification number: MO. DOC No # 32421

In item B, below, place the full name of the defendant in the first blank, his official position in the second, and his place of employment and **address** in the third blank. Use Item C for the names, the official positions, and the places of employment and **addresses** of any additional defendant(s).

B. Defendant LAURA Birmingham, MATT Bochantin is employed as PAROLE OFFICERS [missouri] at 8501 Lucas AND Hunt Blvd STE 120, JENNINGS, MO. 63136.

C. Additional plaintiff(s) and address(es):

Additional defendant(s) and address(es):

Rissi OWENS TEXAS Board of PARDONS AND PAROLES.

V. **COUNSEL:**

    A. Do you have an attorney to represent you in the present civil action?

       YES [ ]        NO [X]

    B. If your answer to "A" is NO, have you made any effort to contact a private attorney to represent you in this matter?

       YES [X]        NO [ ] *No one will challenge the All Powerful States of Texas, and Missouri.*

    C. If your answer to "B" is YES, state the name(s) and the address(es) of the attorney(s) you have contacted and explain the results of those efforts:

      *Scott Rosenbloom, Clayton Mo.*
      *Bobby Bailey, The Stokely Group*
      *Texas Attny David Gonzalez, Austin Tx.*

    D. If your answer to "B" was NO, explain why you have not made such efforts:

    E. Have you previously been represented by counsel in a civil action in this Court?

       YES [ ]        NO [X]

    F. If your answer to "E" is YES, state that attorney's name and address:

VI. **STATEMENT OF CLAIM:**

State here, as briefly as is possible, that facts of your claim. Describe how each defendant is involved. Include also the names of other persons involved, and dates and places. Do not make any legal arguments; cite no cases or statutes. If you intend to raise two or more related claims, number and set forth each claim in a separate

5

paragraph. **Avoid using more space than is provided. The Court strongly disapproves of the stating of claims outside the provided space.** Unrelated claims must be made in a separate complaint.

---

VI. **STATEMENT OF CLAIM (continued)**

The state of Texas and the state of Missouri acted in concert to label, designate and classify plaintiff as a "sex offender/dangerous felon."

Plaintiff has never been tried, charged or sentenced for such offense which is included in his official parole files, see attachments.

On three separate travel permits this classification is shown even after objection to first permit.

Laura Birmingham and Matt Bochantin stated that it was a mistake it doesn't mean anything.

Texas Parole Board Rissi Owens has been found liable by a jury in Texas Federal Court of Sam Sparks for falsely classifying Graham a parolee as a sex offender, only mine was transferred out of state to Missouri, see attachments.

6

VII. **RELIEF**:

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. (Note: If you are a **state** prisoner and seek from this Court relief which affects the length or duration of your imprisonment e.g., restoration of good time forfeited, expungement of records, parole release decisions, et cetera - your case **must** be filed on a §2254 form.)

I would like to view my Texas and Missouri parole files to correct inacuracies, I further seek Injunctive Relief, Declaratory Judgement and monetary damages as this false classification Has possibly cost plaintiff federal employment with the St. Louis V.A. Regional Office.

VIII. **MONEY DAMAGES**:

A.  Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

    YES [X]          NO [ ]

B.  If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

Mental Anguise at the classification which possible caused Plaintiff, A modle prisoner, to spend 17yrs on a Maximum security Mental Health Retardation unit, And upon ~~Retime~~ Release It Followed Him out of State.

XI. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

    YES [X]          NO [ ]

I declare under penalty of perjury that the foregoing is true and correct. Signed this  09  day of  July  , 20 10 .

09/July/2010
Date

_____
Signature of Plaintiff(s)

7